IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 13 |
| Robert K. Housenick, Jr. | : | |
| Sally Housenick | : | |
| | : | Case No.: 25-10671-amc |
| Debtor(s) | : | |
| | : | |

**O R D E R**

AND NOW, this _____ day of _____, 2025, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion is GRANTED, and the Debtor is given an extension to file all required documents with the Court on or before March 20, 2025.

**Date: March 7, 2025**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE