IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
|  | : Chapter 13 |
| Robert L. Housenick, Jr. | : |
| Sally Housenick | : Case No 25-10671-amc |
| Debtor | : |
|  | : |

O R D E R

AND NOW, this  21st  day of  March , 2025, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion is GRANTED, and the Debtor is given an extension to file all required documents with the Court on or before April 3, 2025. **No further extensions will be granted.**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE