| Acme Markets, Inc.<br>Associate Experience Center (AEC)<br>20427 N 27th Avenue<br>Phoenix, AZ 85027-3241 | Pay Group: 034<br>Pay Begin Date: 02/09/2025<br>Pay End Date: 02/15/2025 | | Advice #: 341-3823849<br>Advice Date: 02/20/2025 | |
|---|---|---|---|---|
| Robert L Housenick<br>288 Cricklewood Circle<br>Lansdale, PA 19446<br>XXX-XX- | Employee ID: 1681247<br>Department: 3784A301<br>Location: 3784A<br>Job Title: Grocery Manager<br>Pay Rate: $24.928 Hourly | | TAX DATA: | Federal | PA State |
| | | | Tax Status: | Single | N/A |
| | | | Allowances: | 1.00 | N/A |
| | | | Addl.Allowances: | | |
| | | | Addl.Percent: | | |
| | | | Addl.Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 24.928 | 32.35 | 806.43 | 259.72 | 6,358.46 |
| Sunday Regular Hours | 24.929 | 3.68 | 91.74 | 28.28 | 692.88 |
| Overtime 1.5 | 37.400 | 0.10 | 3.74 | 0.29 | 10.67 |
| Total Hours Worked | | 36.13 | | 288.29 | |
| Sunday Premium | 12.465 | 3.68 | 45.87 | 28.28 | 346.43 |
| Holiday | | | 0.00 | 16.00 | 389.24 |
| Floating Holiday | | | 0.00 | 8.00 | 194.62 |
| Qtrly Operating Bonus | | | 0.00 | | 1,125.00 |
| Bonus-Overtime | | | 0.00 | | 1.83 |
| Holiday Thank You | | | 0.00 | | 30.00 |
| Prize/Awards - Cash | | | 0.00 | | 200.00 |
| Cash Award OT Adj | | | 0.00 | | 0.13 |
| TOTAL: | | | 947.78 | | 9,319.26 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 80.25 | 989.77 |
| Fed MED/EE | 13.23 | 131.50 |
| Fed OASDI/EE | 56.60 | 562.29 |
| PA Unempl EE | 0.66 | 6.54 |
| PA Withholdng | 28.02 | 278.43 |
| PA Withholdng | 9.13 | 90.69 |
| PA LS Tax | 1.00 | 8.00 |
| TOTAL: | 188.89 | 2,067.22 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Spouse Surcharge - Feb | 35.00 | 105.00 |
| Spouse Surcharge - Dec | 0.00 | 35.00 |
| Spouse Surcharge - Jan | 0.00 | 140.00 |
| TOTAL: | 35.00 | 280.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | 17.97 | 143.76 |
| TOTAL: | 17.97 | 143.76 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 947.78 | 912.78 | 188.89 | 52.97 | 705.92 |
| YTD | 9,319.26 | 9,069.26 | 2,067.22 | 423.76 | 6,828.28 |

### LEAVE BALANCES

| | | |
|---|---|---|
| Float Holiday | 2.00 | Days |
| Vac - Current | 0.00 | Hours |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #3823849 | Savings | X8451 | 100.00 |
| | Checking | XXXXXX1795 | 605.92 |
| TOTAL: | | | 705.92 |

Employer: Acme Markets, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

| Acme Markets, Inc.<br>Associate Experience Center (AEC)<br>20427 N 27th Avenue<br>Phoenix, AZ 85027-3241 | Pay Group: | 034 | | Advice #: | 341-3823850 | |
|---|---|---|---|---|---|---|
| | Pay Begin Date: | 02/09/2025 | | Advice Date: | 02/20/2025 | |
| | Pay End Date: | 02/15/2025 | | | | |
| | | | | **TAX DATA:** | **Federal** | **PA State** |
| Robert L Housenick<br>288 Cricklewood Circle<br>Lansdale, PA 19446<br>XXX-XX- | Employee ID: | 1681247 | | Tax Status: | Single | N/A |
| | Department: | 3784A301 | | Allowances: | 1.00 | N/A |
| | Location: | 3784A | | Addl.Allowances: | | |
| | Job Title: | Grocery Manager | | Addl.Percent: | | |
| | Pay Rate: | $24.928 Hourly | | Addl.Amount: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Regular | | 0.00 | | 259.72 | 6,358.46 | Fed Withholdng | 44.03 | 989.77 |
| Sunday Regular Hours | | 0.00 | | 28.28 | 692.88 | Fed MED/EE | 2.90 | 131.50 |
| Overtime 1.5 | | 0.00 | | 0.29 | 10.67 | Fed OASDI/EE | 12.40 | 562.29 |
| Total Hours Worked | | | | 288.29 | | PA Unempl EE | 0.14 | 6.54 |
| Prize/Awards - Cash | | | 200.00 | | 200.00 | PA Withholdng | 6.15 | 278.43 |
| Cash Award OT Adj | | | 0.13 | | 0.13 | PA Withholdng | 2.00 | 90.69 |
| Holiday | | 0.00 | | 16.00 | 389.24 | PA Local Services Tax | 0.00 | 8.00 |
| Floating Holiday | | 0.00 | | 8.00 | 194.62 | | | |
| Sunday Premium | | 0.00 | | 28.28 | 346.43 | | | |
| Qtrly Operating Bonus | | 0.00 | | | 1,125.00 | | | |
| Bonus-Overtime | | 0.00 | | | 1.83 | | | |
| Holiday Thank You | | 0.00 | | | 30.00 | | | |
| **TOTAL:** | | | **200.13** | | **9,319.26** | **TOTAL:** | **67.62** | **2,067.22** |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Spouse Surcharge - Dec | 0.00 | 35.00 | Union Dues | 0.00 | 143.76 | | | |
| Spouse Surcharge - Jan | 0.00 | 140.00 | | | | | | |
| Spouse Surcharge - Feb | 0.00 | 105.00 | | | | | | |
| **TOTAL:** | **0.00** | **280.00** | **TOTAL:** | **0.00** | **143.76** | *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 200.13 | 200.13 | 67.62 | 0.00 | 132.51 |
| YTD | 9,319.26 | 9,069.26 | 2,067.22 | 423.76 | 6,828.28 |

### LEAVE BALANCES / NET PAY DISTRIBUTION

| LEAVE BALANCES | | | Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|---|---|---|
| Float Holiday | 2.00 | Days | Advice #3823850 | Savings | X8451 | 100.00 |
| Vac - Current | 0.00 | Hours | | Checking | XXXXXX1795 | 32.51 |
| | | | **TOTAL:** | | | **132.51** |

Employer: Acme Markets, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

| Acme Markets, Inc. | Pay Group: | 034 | Advice #: | 341-3811906 |
| Associate Experience Center (AEC) | Pay Begin Date: | 02/02/2025 | Advice Date: | 02/13/2025 |
| 20427 N 27th Avenue | Pay End Date: | 02/08/2025 | | |
| Phoenix, AZ 85027-3241 | | | | |

| | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| Robert L Housenick | Employee ID: | 1681247 | Tax Status: | Single | N/A |
| 288 Cricklewood Circle | Department: | 3784A301 | Allowances: | 1.00 | N/A |
| Lansdale, PA 19446 | Location: | 3784A | Addl.Allowances: | | |
| XXX-XX-( | Job Title: | Grocery Manager | Addl.Percent: | | |
| | Pay Rate: | $24.928 Hourly | Addl.Amount: | | |

## HOURS AND EARNINGS

| | ----- Pay Period ----- | | ---------- Current ---------- | | | ---------- YTD ---------- | |
|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings |
| Regular | | | 24.928 | 34.30 | 855.03 | 227.37 | 5,552.03 |
| Sun Reg | | | 24.928 | 4.45 | 110.93 | 24.60 | 601.14 |
| OT 1.5 | | | | 0.00 | 0.00 | 0.19 | 6.93 |
| Total Hours Worked | | | | 38.75 | | 252.16 | |
| Sun Prem | | | 12.463 | 4.45 | 55.46 | 24.60 | 300.56 |
| Bonus-OT | 01/11/2025 | 01/11/2025 | | | 0.01 | | 1.83 |
| Holiday | | | | | 0.00 | 16.00 | 389.24 |
| FL Holiday | | | | | 0.00 | 8.00 | 194.62 |
| BonusQtrOp | | | | | 0.00 | | 1,125.00 |
| HolidayTY | | | | | 0.00 | | 30.00 |
| TOTAL: | | | | | 1,021.43 | | 8,171.35 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 89.09 | 865.49 |
| Fed MED/EE | 14.31 | 115.37 |
| Fed OASDI/EE | 61.15 | 493.29 |
| PA Unempl EE | 0.71 | 5.74 |
| PA Withholdng | 30.28 | 244.26 |
| PA Withholdng | 9.86 | 79.56 |
| PA LS Tax | 1.00 | 7.00 |
| TOTAL: | 206.40 | 1,810.71 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Spouse Surcharge - Feb | 35.00 | 70.00 |
| Spouse Surcharge - Dec | 0.00 | 35.00 |
| Spouse Surcharge - Jan | 0.00 | 140.00 |
| TOTAL: | 35.00 | 245.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | 17.97 | 125.79 |
| TOTAL: | 17.97 | 125.79 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|

*TAXABLE

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,021.43 | 986.43 | 206.40 | 52.97 | 762.06 |
| YTD | 8,171.35 | 7,956.35 | 1,810.71 | 370.79 | 5,989.85 |

## LEAVE BALANCES

| Float Holiday | 2.00 Days |
| Vac - Current | 0.00 Hours |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #3811906 | Savings | X8451 | 100.00 |
| | Checking | XXXXXX1795 | 662.06 |
| TOTAL: | | | 762.06 |

Employer: Acme Markets, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

| Acme Markets, Inc.<br>Associate Experience Center (AEC)<br>20427 N 27th Avenue<br>Phoenix, AZ 85027-3241 | Pay Group: 034<br>Pay Begin Date: 01/26/2025<br>Pay End Date: 02/01/2025 | Advice #: 341-3799559<br>Advice Date: 02/06/2025 |
|---|---|---|
| Robert L Housenick<br>288 Cricklewood Circle<br>Lansdale, PA 19446<br>XXX-XX-___4 | Employee ID: 1681247<br>Department: 3784A301<br>Location: 3784A<br>Job Title: Grocery Manager<br>Pay Rate: $24.328 Hourly | TAX DATA: Federal / PA State<br>Tax Status: Single / N/A<br>Allowances: 1.00 / N/A<br>Addl.Allowances:<br>Addl.Percent:<br>Addl.Amount: |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 24.328 | 37.67 | 916.43 | 193.07 | 4,697.00 |
| Sunday Regular Hours | | 0.00 | | 20.15 | 490.21 |
| Overtime 1.5 | | 0.00 | | 0.19 | 6.93 |
| Total Hours Worked | | 37.67 | | 213.41 | |
| Holiday | | 0.00 | | 16.00 | 389.24 |
| Floating Holiday | | 0.00 | | 8.00 | 194.62 |
| Sunday Premium | | 0.00 | | 20.15 | 245.10 |
| Qtrly Operating Bonus | | 0.00 | | | 1,125.00 |
| Bonus-Overtime | | 0.00 | | | 1.82 |
| Holiday Thank You | | 0.00 | | | 30.00 |
| TOTAL: | | | 916.43 | | 7,149.92 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 76.49 | 776.40 |
| Fed MED/EE | 12.78 | 101.06 |
| Fed OASDI/EE | 54.65 | 432.14 |
| PA Unempl EE | 0.65 | 5.03 |
| PA Withholdng | 27.06 | 213.98 |
| PA Withholdng | 8.81 | 69.70 |
| PA LS Tax | 1.00 | 6.00 |
| TOTAL: | 181.44 | 1,604.31 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Spouse Surcharge - Feb | 35.00 | 35.00 |
| Spouse Surcharge - Dec | 0.00 | 35.00 |
| Spouse Surcharge - Jan | 0.00 | 140.00 |
| TOTAL: | 35.00 | 210.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | 17.97 | 107.82 |
| TOTAL: | 17.97 | 107.82 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 916.43 | 881.43 | 181.44 | 52.97 | 682.02 |
| YTD | 7,149.92 | 6,969.92 | 1,604.31 | 317.82 | 5,227.79 |

### LEAVE BALANCES

| Float Holiday | 2.00 Days |
| Vac - Current | 0.00 Hours |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #3799559 | Savings | X8451 | 100.00 |
| | Checking | XXXXXX1795 | 582.02 |
| TOTAL: | | | 682.02 |

Employer: Acme Markets, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

| Acme Markets, Inc. Associate Experience Center (AEC) 20427 N 27th Avenue Phoenix, AZ 85027-3241 | Pay Group: 034 Pay Begin Date: 01/19/2025 Pay End Date: 01/25/2025 | | Advice #: 341-3787297 Advice Date: 01/30/2025 | |
|---|---|---|---|---|
| | | | **TAX DATA:** | Federal | PA State |
| Robert L Housenick 288 Cricklewood Circle Lansdale, PA 19446 XXX-XX-**** | Employee ID: 1681247 Department: 3784A301 Location: 3784A Job Title: Grocery Manager Pay Rate: $24.328 Hourly | | Tax Status: Single N/A Allowances: 1.00 N/A Addl.Allowances: Addl.Percent: Addl.Amount: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 24.328 | 25.25 | 614.28 | 155.40 | 3,780.57 |
| Sunday Regular Hours | 24.328 | 3.90 | 94.88 | 20.15 | 490.21 |
| Overtime 1.5 | | | 0.00 | 0.19 | 6.93 |
| **Total Hours Worked** | | **29.15** | | **175.74** | |
| Floating Holiday | 24.328 | 8.00 | 194.62 | 8.00 | 194.62 |
| Sunday Premium | 12.164 | 3.90 | 47.44 | 20.15 | 245.10 |
| Holiday | | | 0.00 | 16.00 | 389.24 |
| Qtrly Operating Bonus | | | 0.00 | | 1,125.00 |
| Bonus-Overtime | | | 0.00 | | 1.82 |
| Holiday Thank You | | | 0.00 | | 30.00 |
| **TOTAL:** | | | **951.22** | | **6,233.49** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 80.67 | 699.91 |
| Fed MED/EE | 13.28 | 88.28 |
| Fed OASDI/EE | 56.81 | 377.49 |
| PA Unempl EE | 0.66 | 4.38 |
| PA Withholdng | 28.13 | 186.92 |
| PA Withholdng | 9.16 | 60.89 |
| PA LS Tax | 1.00 | 5.00 |
| **TOTAL:** | **189.71** | **1,422.87** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Spouse Surcharge - Jan | 35.00 | 140.00 |
| Spouse Surcharge - Dec | 0.00 | 35.00 |
| **TOTAL:** | **35.00** | **175.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | 17.97 | 89.85 |
| **TOTAL:** | **17.97** | **89.85** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|

*TAXABLE

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 951.22 | 916.22 | 189.71 | 52.97 | 708.54 |
| YTD | 6,233.49 | 6,088.49 | 1,422.87 | 264.85 | 4,545.77 |

### LEAVE BALANCES

| Float Holiday | 2.00 Days |
| Vac - Current | 0.00 Hours |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #3787297 | Savings | X8451 | 100.00 |
| | Checking | XXXXXX1795 | 608.54 |
| **TOTAL:** | | | **708.54** |

Employer: Acme Markets, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

| Acme Markets, Inc.<br>Associate Experience Center (AEC)<br>20427 N 27th Avenue<br>Phoenix, AZ 85027-3241 | Pay Group: 034<br>Pay Begin Date: 01/12/2025<br>Pay End Date: 01/18/2025 | Advice #: 341-3775019<br>Advice Date: 01/23/2025 |
|---|---|---|
| Robert L Housenick<br>288 Cricklewood Circle<br>Lansdale, PA 19446<br>XXX-XX- | Employee ID: 1681247<br>Department: 3784A301<br>Location: 3784A<br>Job Title: Grocery Manager<br>Pay Rate: $24.328 Hourly | **TAX DATA:** Federal / PA State<br>Tax Status: Single / N/A<br>Allowances: 1.00 / N/A<br>Addl.Allowances:<br>Addl.Percent:<br>Addl.Amount: |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 24.328 | 39.64 | 964.36 | 130.15 | 3,166.29 |
| Sunday Regular Hours | 24.329 | 4.23 | 102.91 | 16.25 | 395.33 |
| Overtime 1.5 | | | 0.00 | 0.19 | 6.93 |
| **Total Hours Worked** | | **43.87** | | **146.59** | |
| Sunday Premium | 12.163 | 4.23 | 51.45 | 16.25 | 197.66 |
| Holiday | | | 0.00 | 16.00 | 389.24 |
| Qtrly Operating Bonus | | | 0.00 | | 1,125.00 |
| Bonus-Overtime | | | 0.00 | | 1.82 |
| Holiday Thank You | | | 0.00 | | 30.00 |
| **TOTAL:** | | | **1,118.72** | | **5,282.27** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 100.77 | 619.24 |
| Fed MED/EE | 15.72 | 75.00 |
| Fed OASDI/EE | 67.19 | 320.68 |
| PA Uncmpl EE | 0.78 | 3.72 |
| PA Withholdng | 33.27 | 158.79 |
| PA Withholdng | 10.84 | 51.73 |
| PA LS Tax | 1.00 | 4.00 |
| **TOTAL:** | **229.57** | **1,233.16** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Spouse Surcharge - Jan | 35.00 | 105.00 |
| Spouse Surcharge - Dec | 0.00 | 35.00 |
| **TOTAL:** | **35.00** | **140.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | 17.97 | 71.88 |
| **TOTAL:** | **17.97** | **71.88** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,118.72 | 1,083.72 | 229.57 | 52.97 | 836.18 |
| YTD | 5,282.27 | 5,172.27 | 1,233.16 | 211.88 | 3,837.23 |

### LEAVE BALANCES

| | | |
|---|---|---|
| Float Holiday | 3.00 | Days |
| Vac - Current | 0.00 | Hours |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #3775019 | Savings | X8451 | 100.00 |
| | Checking | XXXXXX1795 | 736.18 |
| **TOTAL:** | | | **836.18** |

Employer: Acme Markets, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

**Acme Markets, Inc.**
**Associate Experience Center (AEC)**
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| Pay Group: | 034 |
| --- | --- |
| Pay Begin Date: | 12/15/2024 |
| Pay End Date: | 12/21/2024 |

| Advice #: | 341-3724572 |
| --- | --- |
| Advice Date: | 12/26/2024 |

**Robert L Housenick**
288 Cricklewood Circle
Lansdale, PA 19446
XXX-XX-

| Employee ID: | 1681247 |
| --- | --- |
| Department: | 3784A301 |
| Location: | 3784A |
| Job Title: | Grocery Manager |
| Pay Rate: | $24.328 Hourly |

| TAX DATA: | Federal | PA State |
| --- | --- | --- |
| Tax Status: | Single | N/A |
| Allowances: | 1.00 | N/A |
| Addl.Allowances: | | |
| Addl.Percent: | | |
| Addl.Amount: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
| --- | --- | --- | --- | --- | --- |
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 24.328 | 33.12 | 805.74 | 1,397.64 | 33,929.80 |
| Sunday Regular Hours | 24.327 | 4.40 | 107.04 | 193.61 | 4,697.32 |
| Holiday Worked | | | 0.00 | 7.65 | 186.11 |
| Overtime 1.5 | | | 0.00 | 2.07 | 75.52 |
| 6th Day Overtime | | | 0.00 | 2.07 | 75.54 |
| Total Hours Worked | | 37.52 | | 1,603.04 | |
| Sunday Premium | 12.164 | 4.40 | 53.52 | 193.61 | 2,348.64 |
| Holiday | | | 0.00 | 48.00 | 1,158.92 |
| Floating Holiday | | | 0.00 | 24.00 | 575.06 |
| Vacation-Current Year | | | 0.00 | 200.00 | 4,865.50 |
| Holiday Worked Premium | | | 0.00 | 7.65 | 93.06 |
| Qtrly Operating Bonus | | | 0.00 | | 3,938.18 |
| Bonus-Overtime | | | 0.00 | | 15.17 |
| CONTINUED ON NEXT PAGE | | | | | |

### TAXES

| Description | Current | YTD |
| --- | --- | --- |
| Fed Withholdng | 83.53 | 4,989.97 |
| Fed MED/EE | 13.50 | 730.86 |
| Fed OASDI/EE | 57.74 | 3,125.08 |
| PA Unempl EE | 0.67 | 36.43 |
| PA Withholdng | 28.59 | 1,547.42 |
| PA Withholdng | 9.31 | 127.53 |
| PA LS Tax | 1.00 | 12.00 |
| PA Withholding | 0.00 | 376.54 |
| PA Local Services Tax | 0.00 | 40.00 |
| TOTAL: | 194.34 | 10,985.83 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| Spouse Surcharge - Dec | 35.00 | 105.00 |
| Spouse Surcharge - Jan | 0.00 | 140.00 |
| Spouse Surcharge - Feb | 0.00 | 140.00 |
| Spouse Surcharge - Mar | 0.00 | 140.00 |
| Spouse Surcharge - Apr | 0.00 | 140.00 |
| Spouse Surcharge - May | 0.00 | 140.00 |
| Spouse Surcharge - Jun | 0.00 | 140.00 |
| Spouse Surcharge - Jul | 0.00 | 140.00 |
| Spouse Surcharge - Aug | 0.00 | 140.00 |
| Spouse Surcharge - Sep | 0.00 | 140.00 |
| Spouse Surcharge - Oct | 0.00 | 140.00 |
| Spouse Surcharge - Nov | 0.00 | 140.00 |
| TOTAL: | 35.00 | 1,645.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| Union Dues | 17.97 | 934.44 |
| Union Dues Arrears | 0.00 | 219.25 |
| TOTAL: | 17.97 | 1,153.69 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
| --- | --- | --- |

*TAXABLE

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current | 966.30 | 931.30 | 194.34 | 52.97 | 718.99 |
| YTD | 51,989.46 | 50,404.46 | 10,985.83 | 2,798.69 | 38,204.94 |

### LEAVE BALANCES

| Float Holiday | 0.00 Days |
| --- | --- |
| Vac - Current | 0.00 Hours |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
| --- | --- | --- | --- |
| Advice #3724572 | Savings | X8451 | 100.00 |
| | Checking | XXXXXX1795 | 618.99 |
| TOTAL: | | | 718.99 |

Employer: Acme Markets, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

| Acme Markets, Inc.<br>Associate Experience Center (AEC)<br>20427 N 27th Avenue<br>Phoenix, AZ 85027-3241 | Pay Group: 034<br>Pay Begin Date: 12/15/2024<br>Pay End Date: 12/21/2024 | Advice #: 341-3724572<br>Advice Date: 12/26/2024 | |
|---|---|---|---|
| | | **TAX DATA:** Federal | PA State |
| **Robert L Housenick**<br>288 Cricklewood Circle<br>Lansdale, PA 19446<br>XXX-XX- | Employee ID: 1681247<br>Department: 3784A301<br>Location: 3784A<br>Job Title: Grocery Manager<br>Pay Rate: $24.328 Hourly | Tax Status: Single<br>Allowances: 1.00<br>Addl.Allowances:<br>Addl.Percent:<br>Addl.Amount: | N/A<br>N/A |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Holiday Thank You | | | 0.00 | | 90.64 |
| **TOTAL:** | | | **966.30** | | **51,989.46** |

### TAXES

| Description | Current | YTD |
|---|---|---|

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|

Employer: Acme Markets, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

**Acme Markets, Inc.**
Associate Experience Center (AEC)
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| Pay Group: | 034 |
| --- | --- |
| Pay Begin Date: | 12/08/2024 |
| Pay End Date: | 12/14/2024 |

| Advice #: | 341-3712301 |
| --- | --- |
| Advice Date: | 12/19/2024 |

Robert L Housenick
288 Cricklewood Circle
Lansdale, PA 19446
XXX-XX-

| Employee ID: | 1681247 |
| --- | --- |
| Department: | 3784A301 |
| Location: | 3784A |
| Job Title: | Grocery Manager |
| Pay Rate: | $24.328 Hourly |

| TAX DATA: | Federal | PA State |
| --- | --- | --- |
| Tax Status: | Single | N/A |
| Allowances: | 1.00 | N/A |
| Addl.Allowances: | | |
| Addl.Percent: | | |
| Addl.Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
| --- | --- | --- | --- | --- | --- |
| Regular | 24.328 | 32.10 | 780.92 | 1,364.52 | 33,124.06 |
| Sunday Regular Hours | 24.328 | 4.12 | 100.23 | 189.21 | 4,590.28 |
| Holiday Worked | | | 0.00 | 7.65 | 186.11 |
| Overtime 1.5 | 36.333 | 0.03 | 1.09 | 2.07 | 75.52 |
| 6th Day Overtime | | | 0.00 | 2.07 | 75.54 |
| Total Hours Worked | | 36.25 | | 1,565.52 | |
| Sunday Premium | 12.165 | 4.12 | 50.12 | 189.21 | 2,295.12 |
| Holiday | | | 0.00 | 48.00 | 1,158.92 |
| Floating Holiday | | | 0.00 | 24.00 | 575.06 |
| Vacation-Current Year | | | 0.00 | 200.00 | 4,865.50 |
| Holiday Worked Premium | | | 0.00 | 7.65 | 93.06 |
| Qtrly Operating Bonus | | | 0.00 | | 3,938.18 |
| Bonus-Overtime | | | 0.00 | | 15.17 |
| **CONTINUED ON NEXT PAGE** | | | | | |

### TAXES

| Description | Current | YTD |
| --- | --- | --- |
| Fed Withholdng | 79.45 | 4,906.44 |
| Fed MED/EE | 13.01 | 717.36 |
| Fed OASDI/EE | 55.64 | 3,067.34 |
| PA Unempl EE | 0.65 | 35.76 |
| PA Withholdng | 27.55 | 1,518.83 |
| PA Withholdng | 8.97 | 118.22 |
| PA LS Tax | 1.00 | 11.00 |
| PA Withholding | 0.00 | 376.54 |
| PA Local Services Tax | 0.00 | 40.00 |
| **TOTAL:** | **186.27** | **10,791.49** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| Spouse Surcharge - Dec | 35.00 | 70.00 |
| Spouse Surcharge - Jan | 0.00 | 140.00 |
| Spouse Surcharge - Feb | 0.00 | 140.00 |
| Spouse Surcharge - Mar | 0.00 | 140.00 |
| Spouse Surcharge - Apr | 0.00 | 140.00 |
| Spouse Surcharge - May | 0.00 | 140.00 |
| Spouse Surcharge - Jun | 0.00 | 140.00 |
| Spouse Surcharge - Jul | 0.00 | 140.00 |
| Spouse Surcharge - Aug | 0.00 | 140.00 |
| Spouse Surcharge - Sep | 0.00 | 140.00 |
| Spouse Surcharge - Oct | 0.00 | 140.00 |
| Spouse Surcharge - Nov | 0.00 | 140.00 |
| **TOTAL:** | **35.00** | **1,610.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| Union Dues | 17.97 | 916.47 |
| Union Dues Arrears | 0.00 | 219.25 |
| **TOTAL:** | **17.97** | **1,135.72** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
| --- | --- | --- |
| *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current | 932.36 | 897.36 | 186.27 | 52.97 | 693.12 |
| YTD | 51,023.16 | 49,473.16 | 10,791.49 | 2,745.72 | 37,485.95 |

### LEAVE BALANCES

| Float Holiday | 0.00 Days |
| --- | --- |
| Vac - Current | 0.00 Hours |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
| --- | --- | --- | --- |
| Advice #3712301 | Savings | X8451 | 100.00 |
| | Checking | XXXXXX1795 | 593.12 |
| **TOTAL:** | | | **693.12** |

Employer: Acme Markets, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

| Acme Markets, Inc.<br>Associate Experience Center (AEC)<br>20427 N 27th Avenue<br>Phoenix, AZ 85027-3241 | Pay Group: 034<br>Pay Begin Date: 12/08/2024<br>Pay End Date: 12/14/2024 | Advice #: 341-3712301<br>Advice Date: 12/19/2024 | |
|---|---|---|---|
| Robert L Housenick<br>288 Cricklewood Circle<br>Lansdale, PA 19446<br>XXX-X####  | Employee ID: 1681247<br>Department: 3784A301<br>Location: 3784A<br>Job Title: Grocery Manager<br>Pay Rate: $24.328 Hourly | **TAX DATA:** Federal / PA State<br>Tax Status: Single / N/A<br>Allowances: 1.00 / N/A<br>Addl.Allowances:<br>Addl.Percent:<br>Addl.Amount: | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Holiday Thank You | | | 0.00 | | 90.64 |
| **TOTAL:** | | | 932.36 | | 51,023.16 |

### TAXES

| Description | Current | YTD |
|---|---|---|

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|

Employer: Acme Markets, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

| Acme Markets, Inc.<br>Associate Experience Center (AEC)<br>20427 N 27th Avenue<br>Phoenix, AZ 85027-3241 | Pay Group: 034<br>Pay Begin Date: 12/01/2024<br>Pay End Date: 12/07/2024 | | Advice #: 341-3699754<br>Advice Date: 12/12/2024 | |
|---|---|---|---|---|
| Robert L Housenick<br>288 Cricklewood Circle<br>Lansdale, PA 19446<br>XXX-XX-█████ | Employee ID: 1681247<br>Department: 3784A301<br>Location: 3784A<br>Job Title: Grocery Manager<br>Pay Rate: $24.328 Hourly | | **TAX DATA:** Federal PA State<br>Tax Status: Single N/A<br>Allowances: 1.00 N/A<br>Addl.Allowances:<br>Addl.Percent:<br>Addl.Amount: | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 24.328 | 37.40 | 909.87 | 1,332.42 | 32,343.14 |
| Sunday Regular Hours | 24.328 | 4.05 | 98.53 | 185.09 | 4,490.05 |
| Holiday Worked | | | 0.00 | 7.65 | 186.11 |
| Overtime 1.5 | | | 0.00 | 2.04 | 74.43 |
| 6th Day Overtime | | | 0.00 | 2.07 | 75.54 |
| **Total Hours Worked** | | **41.45** | | **1,529.27** | |
| Sunday Premium | 12.163 | 4.05 | 49.26 | 185.09 | 2,245.00 |
| Holiday | | | 0.00 | 48.00 | 1,158.92 |
| Floating Holiday | | | 0.00 | 24.00 | 575.06 |
| Vacation-Current Year | | | 0.00 | 200.00 | 4,865.50 |
| Holiday Worked Premium | | | 0.00 | 7.65 | 93.06 |
| Qtrly Operating Bonus | | | 0.00 | | 3,938.18 |
| Bonus-Overtime | | | 0.00 | | 15.17 |
| CONTINUED ON NEXT PAGE | | | | | |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 94.49 | 4,826.99 |
| Fed MED/EE | 14.83 | 704.35 |
| Fed OASDI/EE | 63.41 | 3,011.70 |
| PA Unempl EE | 0.74 | 35.11 |
| PA Withholdng | 31.40 | 1,491.28 |
| PA Withholdng | 10.23 | 109.25 |
| PA LS Tax | 1.00 | 10.00 |
| PA Withholding | 0.00 | 376.54 |
| PA Local Services Tax | 0.00 | 40.00 |
| **TOTAL:** | **216.10** | **10,605.22** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Spouse Surcharge - Dec | 35.00 | 35.00 |
| Spouse Surcharge - Jan | 0.00 | 140.00 |
| Spouse Surcharge - Feb | 0.00 | 140.00 |
| Spouse Surcharge - Mar | 0.00 | 140.00 |
| Spouse Surcharge - Apr | 0.00 | 140.00 |
| Spouse Surcharge - May | 0.00 | 140.00 |
| Spouse Surcharge - Jun | 0.00 | 140.00 |
| Spouse Surcharge - Jul | 0.00 | 140.00 |
| Spouse Surcharge - Aug | 0.00 | 140.00 |
| Spouse Surcharge - Sep | 0.00 | 140.00 |
| Spouse Surcharge - Oct | 0.00 | 140.00 |
| Spouse Surcharge - Nov | 0.00 | 140.00 |
| **TOTAL:** | **35.00** | **1,575.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | 17.97 | 898.50 |
| Union Dues Arrears | 0.00 | 219.25 |
| **TOTAL:** | **17.97** | **1,117.75** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,057.66 | 1,022.66 | 216.10 | 52.97 | 788.59 |
| YTD | 50,090.80 | 48,575.80 | 10,605.22 | 2,692.75 | 36,792.83 |

### LEAVE BALANCES

| | | |
|---|---|---|
| Float Holiday | 0.00 | Days |
| Vac - Current | 0.00 | Hours |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #3699754 | Savings | X8451 | 100.00 |
| | Checking | XXXXXX1795 | 688.59 |
| **TOTAL:** | | | **788.59** |

Employer: Acme Markets, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

| Acme Markets, Inc.<br>Associate Experience Center (AEC)<br>20427 N 27th Avenue<br>Phoenix, AZ 85027-3241 | Pay Group: 034<br>Pay Begin Date: 12/01/2024<br>Pay End Date: 12/07/2024 | | Advice #: 341-3699754<br>Advice Date: 12/12/2024 | |
|---|---|---|---|---|
| **Robert L Housenick**<br>288 Cricklewood Circle<br>Lansdale, PA 19██4 | Employee ID: 1681247<br>Department: 3784A301<br>Location: 3784A<br>Job Title: Grocery Manager<br>Pay Rate: $24.328 Hourly | | **TAX DATA:** Federal PA State<br>Tax Status: Single N/A<br>Allowances: 1.00 N/A<br>Addl.Allowances:<br>Addl.Percent:<br>Addl.Amount: | |

### HOURS AND EARNINGS | TAXES

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Holiday Thank You | | | 0.00 | | 90.64 | | | |
| **TOTAL:** | | | 1,057.66 | | 50,090.80 | | | |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| | | | | | | | | |

Employer: Acme Markets, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

| Acme Markets, Inc.<br>Associate Experience Center (AEC)<br>20427 N 27th Avenue<br>Phoenix, AZ 85027-3241 | Pay Group: 034<br>Pay Begin Date: 12/01/2024<br>Pay End Date: 12/07/2024 | | Check #: 341-1896187<br>Check Date: 12/12/2024 | |
|---|---|---|---|---|
| | | | **TAX DATA** | Federal | PA State |
| **Robert L Housenick**<br>288 Cricklewood Circle<br>Lansdale, PA-19446<br>XXX-XX- | Employee ID: 1681247<br>Department: 3784A301<br>Location: 3784A<br>Job Title: Grocery Manager<br>Pay Rate: $24.328 Hourly | | Tax Status:<br>Allowances:<br>Addl.Allowances:<br>Addl.Percent:<br>Addl.Amount: | Single<br>1.00 | N/A<br>N/A |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Regular | | 0.00 | | 1,332.42 | 32,343.14 | Fed Withholdng | 9.97 | 4,826.99 |
| Sunday Regular Hours | | 0.00 | | 185.09 | 4,490.05 | Fed MED/EE | 0.66 | 704.35 |
| Holiday Worked | | 0.00 | | 7.65 | 186.11 | Fed OASDI/EE | 2.81 | 3,011.70 |
| Overtime 1.5 | | 0.00 | | 2.04 | 74.43 | PA Unempl EE | 0.04 | 35.11 |
| 6th Day Overtime | | 0.00 | | 2.07 | 75.54 | PA Withholdng | 1.39 | 1,491.28 |
| Total Hours Worked | | | 1,529.27 | | | PA Withholdng | 0.45 | 109.25 |
| Holiday Thank You | | 45.32 | | | 90.64 | PA Withholdng | 0.00 | 376.54 |
| Holiday | | 0.00 | | 48.00 | 1,158.92 | PA LS Tax | 0.00 | 10.00 |
| Floating Holiday | | 0.00 | | 24.00 | 575.06 | PA LS Tax | 0.00 | 40.00 |
| Vacation-Current Year | | 0.00 | | 200.00 | 4,865.50 | | | |
| Sunday Premium | | 0.00 | | 185.09 | 2,245.00 | | | |
| Holiday Worked Premium | | 0.00 | | 7.65 | 93.06 | | | |
| Qtrly Operating Bonus | | 0.00 | | | 3,938.18 | | | |
| **CONTINUED ON NEXT PAGE** | | | | | | **TOTAL:** | **15.32** | **10,605.22** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| Spouse Surcharge - Jan | 0.00 | 140.00 | Union Dues Arrears | 0.00 | 219.25 | | | |
| Spouse Surcharge - Feb | 0.00 | 140.00 | Union Dues | 0.00 | 898.50 | | | |
| Spouse Surcharge - Mar | 0.00 | 140.00 | | | | | | |
| Spouse Surcharge - Apr | 0.00 | 140.00 | | | | | | |
| Spouse Surcharge - May | 0.00 | 140.00 | | | | | | |
| Spouse Surcharge - Jun | 0.00 | 140.00 | | | | | | |
| Spouse Surcharge - Jul | 0.00 | 140.00 | | | | | | |
| Spouse Surcharge - Aug | 0.00 | 140.00 | | | | | | |
| Spouse Surcharge - Sep | 0.00 | 140.00 | | | | | | |
| Spouse Surcharge - Oct | 0.00 | 140.00 | | | | | | |
| Spouse Surcharge - Nov | 0.00 | 140.00 | | | | | | |
| Spouse Surcharge - Dec | 0.00 | 35.00 | | | | | | |
| **TOTAL:** | **0.00** | **1,575.00** | **TOTAL:** | **0.00** | **1,117.75** | *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 15.32 | 45.32 | 15.32 | 0.00 | 0.00 |
| YTD | 50,090.80 | 48,575.80 | 10,605.22 | 2,692.75 | 36,792.83 |

| LEAVE BALANCES | | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|---|
| | | | **Payment Type** | **Account Type** | **Account Number** | **Amount** |
| Float Holiday | 0.00 | Days | | | | |
| Vac - Current | 0.00 | Hours | | | | |
| | | | **TOTAL:** | | | 0.00 |

Employer: Acme Markets, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

| Acme Markets, Inc.<br>Associate Experience Center (AEC)<br>20427 N 27th Avenue<br>Phoenix, AZ 85027-3241 | Pay Group: 034<br>Pay Begin Date: 12/01/2024<br>Pay End Date: 12/07/2024 | Check #: 341-1896187<br>Check Date: 12/12/2024 | |
|---|---|---|---|
| | | **TAX DATA:** Federal | PA State |
| **Robert L Housenick**<br>288 Cricklewood Circle<br>Lansdale, PA-19446<br>XXX-XX- | Employee ID: 1681247<br>Department: 3784A301<br>Location: 3784A<br>Job Title: Grocery Manager<br>Pay Rate: $24.328 Hourly | Tax Status: Single<br>Allowances: 1.00<br>Addl.Allowances:<br>Addl.Percent:<br>Addl.Amount: | N/A<br>N/A |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Bonus-Overtime | | | 0.00 | | 15.17 |

### TAXES

| Description | Current | YTD |
|---|---|---|

**TOTAL:** 15.32    50,090.80

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|

Employer: Acme Markets, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

| Acme Markets, Inc.<br>Associate Experience Center (AEC)<br>20427 N 27th Avenue<br>Phoenix, AZ 85027-3241 | Pay Group: 034<br>Pay Begin Date: 11/24/2024<br>Pay End Date: 11/30/2024 | | Advice #: 341-3687466<br>Advice Date: 12/05/2024 | |
|---|---|---|---|---|
| Robert L Housenick<br>288 Cricklewood Circle<br>Lansdale, PA 19446<br>XXX-XX- | Employee ID: 1681247<br>Department: 3784A301<br>Location: 3784A<br>Job Title: Grocery Manager<br>Pay Rate: $24.328 Hourly | | **TAX DATA:** Federal / PA State<br>Tax Status: Single / N/A<br>Allowances: 1.00 / N/A<br>Addl.Allowances:<br>Addl.Percent:<br>Addl.Amount: | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 24.328 | 31.05 | 755.38 | 1,295.02 | 31,433.27 |
| Sunday Regular Hours | 24.327 | 5.47 | 133.07 | 181.04 | 4,391.52 |
| Holiday Worked | | | 0.00 | 7.65 | 186.11 |
| Overtime 1.5 | | | 0.00 | 2.04 | 74.43 |
| 6th Day Overtime | | | 0.00 | 2.07 | 75.54 |
| **Total Hours Worked** | | **36.52** | | **1,487.82** | |
| Holiday | 24.328 | 8.00 | 194.62 | 48.00 | 1,158.92 |
| Sunday Premium | 12.165 | 5.47 | 66.54 | 181.04 | 2,195.74 |
| Floating Holiday | | | 0.00 | 24.00 | 575.06 |
| Vacation-Current Year | | | 0.00 | 200.00 | 4,865.50 |
| Holiday Worked Premium | | | 0.00 | 7.65 | 93.06 |
| Qtrly Operating Bonus | | | 0.00 | | 3,938.18 |
| Bonus-Overtime | | | 0.00 | | 15.17 |
| CONTINUED ON NEXT PAGE | | | | | |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 114.20 | 4,722.53 |
| Fed MED/EE | 16.67 | 688.86 |
| Fed OASDI/EE | 71.27 | 2,945.69 |
| PA Unempl EE | 0.80 | 34.33 |
| PA Withholdng | 35.29 | 1,458.49 |
| PA Withholdng | 11.50 | 98.57 |
| PA LS Tax | 1.00 | 9.00 |
| PA Withholding | 0.00 | 376.54 |
| PA Local Services Tax | 0.00 | 40.00 |
| **TOTAL:** | **250.73** | **10,373.80** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Spouse Surcharge - Jan | 0.00 | 140.00 |
| Spouse Surcharge - Feb | 0.00 | 140.00 |
| Spouse Surcharge - Mar | 0.00 | 140.00 |
| Spouse Surcharge - Apr | 0.00 | 140.00 |
| Spouse Surcharge - May | 0.00 | 140.00 |
| Spouse Surcharge - Jun | 0.00 | 140.00 |
| Spouse Surcharge - Jul | 0.00 | 140.00 |
| Spouse Surcharge - Aug | 0.00 | 140.00 |
| Spouse Surcharge - Sep | 0.00 | 140.00 |
| Spouse Surcharge - Oct | 0.00 | 140.00 |
| Spouse Surcharge - Nov | 0.00 | 140.00 |
| **TOTAL:** | **0.00** | **1,540.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | 17.97 | 880.53 |
| Union Dues Arrears | 0.00 | 219.25 |
| **TOTAL:** | **17.97** | **1,099.78** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,149.61 | 1,149.61 | 250.73 | 17.97 | 880.91 |
| YTD | 49,017.82 | 47,507.82 | 10,373.80 | 2,639.78 | 36,004.24 |

### LEAVE BALANCES

| | | |
|---|---|---|
| Float Holiday | 0.00 | Days |
| Vac - Current | 0.00 | Hours |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #3687466 | Savings | X8451 | 100.00 |
| | Checking | XXXXXX1795 | 780.91 |
| **TOTAL:** | | | **880.91** |

Employer: Acme Markets, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

| Acme Markets, Inc.<br>Associate Experience Center (AEC)<br>20427 N 27th Avenue<br>Phoenix, AZ 85027-3241 | Pay Group: 034<br>Pay Begin Date: 11/24/2024<br>Pay End Date: 11/30/2024 | Advice #: 341-3687466<br>Advice Date: 12/05/2024 | |
|---|---|---|---|
| Robert L Housenick<br>288 Cricklewood Circle<br>Lansdale, PA 19446<br>XXX-XX- | Employee ID: 1681247<br>Department: 3784A301<br>Location: 3784A<br>Job Title: Grocery Manager<br>Pay Rate: $24.328 Hourly | **TAX DATA:**<br>Tax Status:<br>Allowances:<br>Addl.Allowances:<br>Addl.Percent:<br>Addl.Amount: | **Federal**     **PA State**<br>Single           N/A<br>1.00             N/A |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Holiday Thank You | | | 0.00 | | 45.32 |
| **TOTAL:** | | | **1,149.61** | | **49,017.82** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| | | |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| | | |

Employer: Acme Markets, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269