**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PA**

Chapter:     13
Case No:    2510671

In re:      ROBERT L HOUSENICK JR
            SALLY HOUSENICK

Account Number:  7719

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 6 filed on 04/23/2025 in the amount of $11,940.20 .

On this date 5/1/2025.


By:   /s/ George S. Grammer
      George S. Grammer
      Bankruptcy Representative
      PRA Receivables Management, LLC., as agent of
      Portfolio Recovery Associates LLC.
      POB 41067
      Norfolk, VA 23541
      E-mail: Bankruptcy_Info@prareceivables.com