United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 25-10671-amc
Robert L Housenick, Jr.     Chapter 13
Sally Housenick
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 18, 2025 | Form ID: 155 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert L Housenick, Jr., Sally Housenick, 288 Cricklewood Circle, Lansdale, PA 19446-1420 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14980194 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 19 2025 00:25:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016-8088 |
| 14982202 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 19 2025 00:25:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 15027905 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 19 2025 00:34:46 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14980195 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 19 2025 00:34:25 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14980196 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 19 2025 00:34:38 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 14980197 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2025 00:34:36 | Citibank N.A., Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 15002407 | | Email/Text: mrdiscen@discover.com | Nov 19 2025 00:25:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14980198 | | Email/Text: mrdiscen@discover.com | Nov 19 2025 00:25:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14997138 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 19 2025 00:25:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14980199 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 19 2025 00:34:43 | Jpmcb, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 14994637 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2025 00:34:25 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14980200 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2025 00:34:37 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14983625 | ^ | MEBN | Nov 19 2025 00:24:00 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15000746 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

Case 25-10671-amc    Doc 32    Filed 11/20/25    Entered 11/21/25 00:39:04    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2025 | Form ID: 155 | Total Noticed: 21 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 19 2025 00:34:45 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14996884 | + | Email/PDF: ebnotices@pnmac.com | Nov 19 2025 00:34:39 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14980201 | | Email/PDF: ebnotices@pnmac.com | Nov 19 2025 00:45:13 | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |
| 14980202 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 19 2025 00:34:45 | Syncb/horizn, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15003807 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 19 2025 00:34:44 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14980203 | | Email/Text: dbogucki@trumark.org | Nov 19 2025 00:25:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14981127 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Nov 19 2025 00:34:45 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2025 at the address(es) listed below:**

**Name**                **Email Address**

BRAD J. SADEK
on behalf of Joint Debtor Sally Housenick brad@sadeklaw.com
bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com

BRAD J. SADEK
on behalf of Debtor Robert L Housenick Jr. brad@sadeklaw.com,
bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com

DENISE ELIZABETH CARLON
on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2          User: admin          Page 3 of 3
Date Rcvd: Nov 18, 2025          Form ID: 155          Total Noticed: 21
TOTAL: 5

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Robert L Housenick Jr.                )         Case No. 25−10671−amc  
   Sally Housenick                         )         Chapter: 13  
   Debtor(s).                                  )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: November 18, 2025

For The Court

Ashely M. Chan  
Chief Judge, United States Bankruptcy Court